# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **FEI LON YUNG,** on behalf of herself and all others similarly situated, | ) ) ) | CASE NO. 1:17-cv-1241 |
| Plaintiff, | ) ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) ) | |
| **MENTOR EXEMPTED VILLAGE SCHOOL DISTRCT BOARD OF EDUCTION,** | ) ) ) ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF CONDITIONAL CERTIFICATION AND NOTICE TO PUTATIVE PLAINTIFFS

Plaintiff, Fei Lon Yung, on behalf of herself and others similarly situated, and Defendant, Mentor Exempted Village School District Board of Education, by and through counsel pursuant to §216(b) of the Fair Labor Standards Act, move this Court via stipulation to conditionally certify a collective action and for authorization to publish notice to the putative members of the collective action.  In support of this application, the parties would stipulate and show the Court as provided herein:

1. The Parties stipulate, for purposes of conditional certification, to the following limited classes of employees:

- All former and current hourly employees of Defendant Mentor Exempted Village School District Board of Education who received longevity payments and have worked over 40 hours in any workweek during the period [three years before the filing of the Stipulation], through the present; and

- All persons who were employed as full-time custodians of Defendant Mentor Exempted Village School District Board of Education during the period [three years before the filing of the Stipulation], through the present.

Nothing herein is intended to prevent or prejudice Defendant's ability or right in the future to move for de-certification, or to file a motion on an issue other than conditional certification, that takes the position that Plaintiffs are not similarly situated. Defendant reserves the right to file such motions. Defendant does not waive any defenses, including, without limitation, as to liability.

2. The parties pray that the Court conditionally certify a collective action and approve that notice may be directed to the collective classes defined as:

> **All former and current hourly employees of Defendant Mentor Exempted Village School District Board of Education who received longevity payments and have worked over 40 hours in any workweek during the period [three years before the filing of the Stipulation], through the present; and**
>
> **All persons who worked as a full-time custodian of Defendant Mentor Exempted Village School District Board of Education during the period [three years before the filing of the Stipulation] through the present.**

3. The Court approves the form and substance of the Notice attached as **Exhibit A**.

4. The Court approves the form and substance of the Consent attached as **Exhibit B.**

5. With the exception of the mailing of the notice, counsel for neither of the parties shall contact, either directly or indirectly, any of the potential opt-in plaintiffs concerning this matter through the end of the opt-in period, including by way of the press, advertisements, and/or the internet. Lead counsel for Plaintiff, however, may respond to inquiries and questions from potential opt-in plaintiffs.

6. Hans Nilges and Shannon Draher and the law firm of Nilges Draher LLC should be named as lead counsel for the collective action.

      7.      Plaintiff should be named as representative plaintiff of this collective action.

      8.      Defendant shall provide the names and last known contact information for all putative collective class members to Plaintiff's lead counsel no later than 21 days from the entry of an Order confirming this Stipulation.

      9.      Plaintiff's lead counsel shall be responsible for and bear all costs associated with publishing **Exhibit A** to all putative collective action members.

Respectfully submitted,

*/s/ Shannon M. Draher*
Shannon M. Draher  (0074304)
Hans A. Nilges  (0076017)
Nilges Draher, LLC
7266 Portage Street, N.W.
Suite D
Massillon, Ohio 44646
Telephone: (330) 470-4428
Facsimile:  (330) 754-1430
Email:    sdraher@ohlaborlaw.com
            hans@ohlaborlaw.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 11th day of October 2017 the foregoing *Joint Stipulation of Conditional Certification and Notice to Putative Plaintiffs* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                      */s/ Shannon M. Draher*
                                      Shannon M. Draher

                                      *Counsel for Plaintiff*