# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **FEI LON YUNG,** on behalf of herself and others similarly situated, | ) ) ) | CASE NO. 1:17-CV-01241 |
| Plaintiff, | ) ) | JUDGE SOLOMON OLIVER, JR. |
| vs. | ) ) ) | |
| **MENTOR EXEMPTED VILLAGE SCHOOL DISTRICT BOARD OF EDUCATION,** | ) ) ) ) | |
| Defendant. | | |

## CONSENT TO JOIN AND PARTICIPATE AS PARTY PLAINTIFF

I hereby give my consent pursuant to 29 U.S.C. § 216(b) to be a Party Plaintiff in this case and agree to be bound by any settlement or judgment of the Court in this action. I understand that this lawsuit has been filed against the above-named Defendant to recover alleged unpaid overtime under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. I hereby designate Named Plaintiff Fei Long Yung's counsel to represent me for all purposes in this action and consent to be bound by decisions made by Ms. Yung on my behalf regarding this lawsuit. This written Consent is intended to serve as my consent in writing to join in this lawsuit and become a Party Plaintiff as required by 29 U.S.C. § 216(b).

DATE: _____     SIGNATURE: _____

PRINTED NAME: _____

PHONE NUMBER: _____

SOCIAL SECURITY NUMBER: _____

E-MAIL: _____

ADDRESS: _____

_____