IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FEI LON YUNG, *et al*, | ) | |
| | ) | |
| Plaintiffs, | ) | CASE NO: 1:17-cv-01241 |
| v. | ) | |
| | ) | JUDGE SOLOMON OLIVER, JR. |
| MENTOR EXEMPTED VILLAGE SCHOOL DISTRICT BOARD OF EDUCATION, | ) ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE**
(PROPOSED ORDER THEREON)

Named Plaintiff and Defendant (the "Parties") jointly request that the Court approve their attached Settlement Agreement and General Release (the "Settlement Agreement") and move for an Order approving the Settlement Agreement as fair and reasonable. In support of this motion, the Parties state:

1. Plaintiff Representative Fei Long Yung commenced this collective action against Defendant alleging that Defendant failed to pay her and other similarly situated employees overtime for all hours worked in excess of 40 per workweek in violation of the Fair Labor Standards Act.

2. At the conclusion of opt-in process under this Court's supervision, one additional plaintiff, Mr. Arthur Keener, joined the suit

3. Defendant denies any liability or wrongdoing of any kind.

4. In an effort to reach a compromise and to avoid the expense and burden of litigation, the parties reached a settlement of all claims asserted in the pending action and all claims Plaintiffs may have had against Defendant. The terms are embodied in the Settlement Agreement, which is attached as Exhibit A.

Respectfully submitted,

/s/ *Hans A. Nilges*
Hans A. Nilges (0076017)
   Email:hans@ohlaborlaw.com
Shannon M. Draher (0074304)
   Email:sdraher@ohlaborlaw.com
NILGES DRAHER, LLC
7266 Portage St., N.W.
Suite D
Massillon, Ohio 44646
330-470-4428

*Attorneys for Plaintiffs*

/s/ *Mark S. Fusco*
Mark S. Fusco (Reg. No. 0040604)
   Email: mfusco@walterhav.com
   Direct Dial: 216-619-7839
Sara Ravas Cooper (Reg. No. 0076543)
   Email: scooper@walterhav.com
   Direct Dial: 216-928-2898
WALTER | HAVERFIELD LLP
The Tower at Erieview
1301 E. Ninth Street, Suite 3500
Cleveland, Ohio 44114
Phone: 216-781-1212/Fax: 216-575-0911

*Attorneys for Defendant,*
*Mentor Exempted Village School*
*District Board of Education*

**SO ORDERED:**

Dated: _____           _____
                                                **HONORABLE SOLOMON OLIVER, JR.**
                                                **UNITED STATES DISTRICT JUDGE**

## **CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing *Joint Motion for Approval of Settlement Agreement and Dismissal with Prejudice* has been electronically filed this 3rd day of May, 2018.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                    /s/ *Mark S. Fusco*
                    Attorney for Defendant