UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FEI LON YUNG, *et al.*, | ) | Case No: 1:17 CV 1241 |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| MENTOR EXEMPTED VILLAGE SCHOOL DISTRICT BOARD OF EDUCATION, | ) ) ) | |
| | ) | |
| Defendant | ) | <u>ORDER</u> |

Currently pending before the court is the Joint Motion for Approval of Settlement and Dismissal with Prejudice (ECF No. 26).  For the reasons stated by counsel in the Joint Motion, the court finds that the settlement is fair, reasonable and adequate.  Further, the court verified with counsel for Plaintiff by telephone on May 30, 2018, that both the original Plaintiff and the one opt-in Plaintiff, fully approve of the settlement.  Therefore, the court approves the settlement .and, pursuant to the agreement of the parties, hereby dismisses the within case with prejudice.

IT IS SO ORDERED.

*/s/ SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

May 31, 2018